```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00648
  THOMAS F FLYNN
  WILMA GARRETT HART-FLYNN                      CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6053    SSN XXX-XX-6055

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/10/05 and confirmed on 02/28/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 159882.10 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHRYSLER FINANCIAL SVC A | SECURED | 12163.63 | 494.73 | 12163.63 |
| FIFTH THIRD BANK | CURRENT MORTG | 30735.91 | .00 | 30735.91 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 1564.79 | .00 | 1564.79 |
| FIRST MIDWEST BANK | SECURED | 21041.28 | .00 | 21041.28 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | 500.00 | .00 | 500.00 |
| HARRIS BANK CONSUMER LOA | SECURED | 3114.00 | 182.54 | 3114.00 |
| BECKET & LEE LLP | UNSECURED | 18648.37 | .00 | 18648.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2099.93 | .00 | 2099.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4649.53 | .00 | 4649.53 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4983.56 | .00 | 4983.56 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 750.05 | .00 | 750.05 |
| SMC | UNSECURED | 422.72 | .00 | 422.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13425.18 | .00 | 13425.18 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6681.49 | .00 | 6681.49 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3059.68 | .00 | 3059.68 |
| DISCOVER BANK | UNSECURED | 953.58 | .00 | 953.58 |
| DISCOVER BANK | UNSECURED | 10732.10 | .00 | 10732.10 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ECAST SETTLEMENT CORPORA | UNSECURED | 14070.55 | .00 | 14070.55 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | ORIGINAL ATTO | 1185.00 | .00 | 1185.00 |

```
         Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED    OTHER    TOTAL
---------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED       69119.61      1185.00      80476.74           .00    150781.35
PRINCIPAL PAID           69119.61      1185.00      80476.74           .00    150781.35
INTEREST PAID              677.27          .00           .00           .00       677.27
TOTAL PAID               69796.88      1185.00      80476.74           .00    151458.62
```

The Debtor's attorney, GREENBERG & ASSOC                , was allowed $        .00
and was paid $       .00 .

The Trustee received $   6849.30 .

Refunds to the Debtor totaled $   1574.18 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE